# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>New Century TRS Holdings, Inc.<br>      Debtor | Case No.: 07–10416–KJC<br><br>Chapter: 11 |
| Alan M. Jacobs, as Liquidating Trustee of The New Century Liquidating Trust<br><br>      Plaintiff<br><br>      vs.<br><br>Safeco Insurance Company of America d/b/a Safeco Select Insurance Services<br><br>      Defendant(s) | <br><br><br>Adv. Proc. No.: 09–50860–KJC |

**JUDGMENT BY DEFAULT**

On 9/28/09, default was entered against defendant(s) Safeco Insurance Company of America d/b/a Safeco Select Insurance Services. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Safeco Insurance Company of America d/b/a Safeco Select Insurance Services in the amount of $130,935.00 plus court filing costs in the amount of $250.00.

Date: 9/28/09

*David D. Bird*

Clerk of Court

(VAN–433b)